Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor



Order Filed on April 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Leslie E Alicea, *aka Leslie E Fisher* | Case No. 22-19552-CMG |
| | Hearing Date: April 19, 2023 at 10:00 a.m. |
| Debtor. | Judge: Christine M. Gravelle |

**CONSENT ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING**

The relief set forth on the following pages, number two (2) through three (3) is hereby
**ORDERED**

**DATED: April 6, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor: Leslie E Alicea
Case No.: 22-19552-CMG
Caption of Order: **CONSENT ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING**

---

The undersigned parties resolved NewRez LLC d/b/a Shellpoint Mortgage Servicing's ("Secured Creditor") Objection to Plan Confirmation, ECF No. 22, and agree to the following treatment of the secured claim filed by Secured Creditor on the Claims Register as Claim No. 6 (the "Secured Claim"), through Leslie E Alicea's ("Debtor") Chapter 13 Plan, ECF No. 2 (the "Plan"), with respect to Secured Creditor's lien on Debtor's real property located at 4 Primrose Drive, Burlington, New Jersey 08016, as follows and have consented to the entry of the within, and for good cause shown it is hereby;

**ORDERED AS FOLLOWS:**

1. Secured Creditor's Objection to Plan Confirmation (**ECF No. 22**) is hereby resolved by this Order.

2. Debtor shall pursue a loan modification through the Court's loss mitigation program and has until June 30, 2023, or as extended, to obtain a loan modification.

3. Debtor shall make monthly adequate protection payments in the amount of $2,700.00 directly to the Secured Creditor while the loan modification is being reviewed. Secured Creditor does not waive any difference between the actual mortgage payments previously due and that will continue to become due for this period and the adequate protection payments.

4. In the event Debtor is denied a mortgage modification, Debtor shall resolve all pre and post-petition arrears owed to Secured Creditor, either by filing a modified plan addressing all arrears due or by filing a modified plan providing for surrender of the Property within fourteen (14) days of expiration of the period for appealing the denial of mortgage assistance or after denial of the appeal.

5. Debtor is hereby notified and acknowledges that the escrow payment is subject to change during the pendency of this case and that he shall adjust adequate monthly payments to pay the full escrow amount in accordance with any filed payment change notice.

Page 3
Debtor: Leslie E Alicea
Case No.: 22-19552-CMG
Caption of Order: **CONSENT ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING**

6. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date or fail to amend the Plan in accordance with this order in the event Debtor is denied mortgage assistance, Secured Creditor's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Secured Creditor to proceed with its action against the real property known as 4 Primrose Drive, Burlington, New Jersey 08016.

7. Upon dismissal, discharge chapter conversion, or relief from stay, the foregoing terms and conditions shall cease to be binding payments will be due pursuant to the terms of the original loan agreement and Secured Creditor may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor.

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLC
Attorney for the Secured Creditor
By: _____
Phillip Raymond
Date: 3.15.2022

Law Offices of Andrew B. Finberg, LLC
Attorney for the Debtor
By: _____
Andrew B. Finberg
Date: 3/15/23