Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor



Order Filed on April 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:<br><br>Leslie E Alicea,<br>aka Leslie E Fisher<br><br>Debtor. | Chapter 13<br><br>Case No. 22-19552-CMG<br><br>Hearing Date: April 19, 2023 at 10:00 a.m.<br><br>Judge: Christine M. Gravelle |
|---|---|

**CONSENT ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: April 6, 2023**

_Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor: Leslie E Alicea
Case No.: 22-19552-CMG
Caption of Order: **CONSENT ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING**

The undersigned parties resolved NewRez LLC d/b/a Shellpoint Mortgage Servicing's ("Secured Creditor") Objection to Plan Confirmation, ECF No. 22, and agree to the following treatment of the secured claim filed by Secured Creditor on the Claims Register as Claim No. 6 (the "Secured Claim"), through Leslie E Alicea's ("Debtor") Chapter 13 Plan, ECF No. 2 (the "Plan"), with respect to Secured Creditor's lien on Debtor's real property located at 4 Primrose Drive, Burlington, New Jersey 08016, as follows and have consented to the entry of the within, and for good cause shown it is hereby;

**ORDERED AS FOLLOWS:**

1. Secured Creditor's Objection to Plan Confirmation (**ECF No. 22**) is hereby resolved by this Order.

2. Debtor shall pursue a loan modification through the Court's loss mitigation program and has until June 30, 2023, or as extended, to obtain a loan modification.

3. Debtor shall make monthly adequate protection payments in the amount of $2,700.00 directly to the Secured Creditor while the loan modification is being reviewed. Secured Creditor does not waive any difference between the actual mortgage payments previously due and that will continue to become due for this period and the adequate protection payments.

4. In the event Debtor is denied a mortgage modification, Debtor shall resolve all pre and post-petition arrears owed to Secured Creditor, either by filing a modified plan addressing all arrears due or by filing a modified plan providing for surrender of the Property within fourteen (14) days of expiration of the period for appealing the denial of mortgage assistance or after denial of the appeal.

5. Debtor is hereby notified and acknowledges that the escrow payment is subject to change during the pendency of this case and that he shall adjust adequate monthly payments to pay the full escrow amount in accordance with any filed payment change notice.

Page 3
Debtor:              Leslie E Alicea
Case No.:            22-19552-CMG
Caption of Order:    CONSENT ORDER RESOLVING PLAN OBJECTION AND
                     OUTLINING THE TREATMENT OF SECURED
                     CREDITOR NEWREZ LLC D/B/A SHELLPOINT
                     MORTGAGE SERVICING

6. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date or fail to amend the Plan in accordance with this order in the event Debtor is denied mortgage assistance, Secured Creditor's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Secured Creditor to proceed with its action against the real property known as 4 Primrose Drive, Burlington, New Jersey 08016.

7. Upon dismissal, discharge chapter conversion, or relief from stay, the foregoing terms and conditions shall cease to be binding payments will be due pursuant to the terms of the original loan agreement and Secured Creditor may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor.

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLC          Law Offices of Andrew B. Finberg, LLC
Attorney for the Secured Creditor           Attorney for the Debtor

By: _____                 By: _____
    Phillip Raymond                             Andrew B. Finberg

Date: 3·15·2022                             Date: 3/15/23

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19552-CMG |
| Leslie E Alicea | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 06, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leslie E Alicea, 4 Primrose Drive, Burlington, NJ 08016-2374 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew B. Finberg | on behalf of Debtor Leslie E Alicea andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Joni L. Gray | on behalf of Debtor Leslie E Alicea joni@sjbankruptcylaw.com jgrayecf@gmail.com;grayjr39848@notify.bestcase.com |
| Phillip Andrew Raymond | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Apr 06, 2023 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6