Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
420 Lexington Ave, RM 840
New York, NY 10170
Telephone: 732-692-6872
NJ_ECF_Notices@McCalla.com
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:<br><br>Leslie E. Alicea<br>aka Leslie E Fisher<br><br>Debtor. | Chapter 13<br><br>Case No. 22-19552-CMG<br><br>Judge: Christine M. Gravelle |
|---|---|

**CREDITOR'S CERTIFICATION OF DEFAULT**

__Velma Sapp_____ certifies as follows:

1. I am a __Bk Case Manager_____ for NewRez LLC d/b/a Shellpoint Mortgage Servicing, a secured creditor of the debtor (the "Movant").

2. On April 6, 2023, a Consent Order Resolving Plan Objection and Outlining the Treatment of Secured Creditor's claim was entered, a copy of which is attached as an exhibit, providing for the payment post-petition adequate protection payments, and in default of such monthly payments for a thirty (30) day period, allowing the Movant ex parte relief to vacate the stay, with notice to the trustee, debtor and his attorney, if any.

3. Debtor has failed to comply with the aforesaid order:

    **X**    By missing payments and/or by failing to make the correct payments as summarized on the attached Certification of Creditor Regarding Post Petition Payment History.

    **[ ]**    Other:

4. This certification is being made in an effort to enforce the prior order of this court and to vacate the stay.

5. I certify under penalty of perjury that the above is true.

__06-15-2023_____    __/s/ Velma J. Sapp_____
Date                                                                Signature