Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
420 Lexington Ave, RM 840
New York, NY 10170
Telephone: 732-692-6872
NJ_ECF_Notices@McCalla.com
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Leslie E. Alicea<br>aka Leslie E Fisher<br><br>Debtor. | Case No. 22-19552-CMG<br><br>Judge: Christine M. Gravelle |

**CERTIFICATION OF CREDITOR REGARDING POST-PETITION PAYMENT HISTORY (NOTE AND MORTGAGE DATED JUNE 30, 2015)**

____Velma Sapp_____ of full age, employed as __a Bk Case Manager___ by NewRez LLC d/b/a Shellpoint Mortgage Servicing, hereby certifies the following information:

Recorded on 7/10/2015, in Burlington County, in Book OR13179, at Page 8314

Property Address: 4 Primrose Drive, Burlington, NJ 08016

Mortgage Holder: NewRez LLC dba Shellpoint Mortgage Servicing
Mortgagor / Debtor: Javier A Alicea and Leslie E Alicea / Leslie E Alicea

**POST-PETITION PAYMENTS** (petition was filed: 12/1/2022)

|   | Amount Due | Date Payment was due | How Payment was Applied | Amount Received | Date Payment Received | Check or Money Order No. |
|---|---|---|---|---|---|---|
| | | | Agreed order entered April 6, 2023 | | | |
| 1 | $2,772.48 | 1/1/23 | n/a | n/a | n/a | |
| 2 | $2,772.48 | 2/1/23 | n/a | n/a | n/a | |
| 3 | $2,772.48 | 3/1/23 | n/a | n/a | n/a | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | $2,772.48 | 4/1/23 | n/a | n/a | n/a | |
| 5 | $2,772.48 | 5/1/23 | n/a | n/a | n/a | |
| 6 | $2,772.48 | 6/1/23 | n/a | n/a | n/a | |
| 7 | | | | | | |
| | | | | | | |
| TOTAL | $16,634.88 | | | $0.00 | | |

Monthly payments past due:     Six (6) regular monthly payments x $2,772.48

**No adequate protection payments have been made.**

Monthly payments due = $16,634.88 as of 6/5/23

**AMOUNT HELD IN SUSPENSE (if any):**           ($0.00)

**TOTAL POST-PETITION DEFAULT:**           $16,634.88

Each current monthly payment is comprised of:

| | | |
|---|---|---|
| Principal & Interest | $ 1,493.81 | |
| Interest: | $ (included in figures above) | |
| R.E. Taxes: | $ n/a | |
| Insurance: | $ n/a | |
| Late Charge: | $ n/a | |
| Other: | $ 1,278.67 | (Specify)   Escrow |
| TOTAL | $ 2,772.48 | |

If the monthly payment has changed during the pendency of the case, please explain (attached separate sheet(s) if necessary): n/a

Pre-petition arrears: See Claim #6 on the Claims Register.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

06-15-2023                                              *Velma J Sapp* (signature)
Date                                                           Signature