Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
420 Lexington Ave, RM 840
New York, NY 10170
Telephone: 732-692-6872
NJ_ECF_Notices@McCalla.com
Attorneys for Movant

Order Filed on July 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re:<br><br>Leslie E. Alicea<br>aka Leslie E Fisher<br><br>Debtor. | Chapter 13<br><br>Case No. 22-19552-CMG<br><br>Judge: Christine M. Gravelle |
|---|---|

### ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: July 12, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Leslie E Alicea |
| Case No.: | 22-19552-CMG |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY** |

THIS MATTER having been opened to the Court upon the motion of NewRez LLC dba Shellpoint Mortgage Servicing ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) and co-debtor stay in effect pursuant to 11 U.S.C. § 1301, and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay be and co-debtor stay are hereby vacated under 11 U.S.C. § 362(d) to permit Movant, to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights in real property located at 4 Primrose Drive, Burlington, NJ 08016;
2. Movant may join as defendants in said foreclosure action the Debtor and/or any trustee appointed in this case, irrespective of whether the Debtor's case converts to any other chapter of the Bankruptcy Code;
3. Movant may pursue any and all loss mitigation options with respect to the Debtor or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure;
4. ~~Movant shall no longer be responsible to serve Notices of Payment Change and/or Notices of Post-Petition Fees, Expenses and Charges to the Debtor as required by F.R.B.P. 3002.1(b) and (c).~~