Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−19552−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Leslie E Alicea
   aka Leslie E Fisher
   4 Primrose Drive
   Burlington, NJ 08016

Social Security No.:
   xxx−xx−2233

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I Gary A. Nau , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

4 Primrose Dr.,Burlington, NJ.

Dated: September 27, 2023
JAN: gan

                Jeanne Naughton
                Clerk